UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH PARKER** | **CIVIL ACTION** |
| **versus** | **NO. 13-3857** |
| **WARDEN STEVE RADER** | **SECTION: "F" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Joseph Parker** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE